UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-0099 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER |
| MARKYSE MAURICE WELLS, | |
| Defendant. | |

Thomas Calhoun-Lopez, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Aaron J. Morrison, OFFICE OF THE FEDERAL DEFENDER, for defendant.

This matter is before the Court on defendant Markyse Wells' objection to the March 23, 2023 Report and Recommendation ("R&R") of Magistrate Judge Elizabeth Cowan Wright.  Judge Wright recommends denying Wells' motion to suppress (1) evidence obtained from Wells' vehicle during a March 15, 2022 traffic stop and (2) a statement taken from Wells later that day.  The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).  Based on that review, the Court agrees with Judge Wright's careful findings and thorough analysis, overrules Wells' objection, and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 65] and ADOPTS the R&R [ECF No. 60]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to suppress evidence [ECF No. 43] is DENIED;

2. Defendant's motion to suppress statements, admission, and answers [ECF No. 44] is DENIED; and

3. The government's motion for leave to file response out of time [ECF No. 57] is GRANTED.

Dated: April 26, 2023       s/Patrick J. Schiltz
                            Patrick J. Schiltz, Chief Judge
                            United States District Court